PD-0967-15

NO. PD-_____

PD-0967-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 11:55:55 AM
Accepted 7/28/2015 2:48:41 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| GENERO GALVAN ACOSTA, JR. § | | IN THE COURT OF |
| Appellant | | |
| vs. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS, | § | AUSTIN, TEXAS |
| Appellee | | |

MOTION FOR EXTENSION OF
TIME TO FILE APPELLEE'S PETITION
FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes, The State of Texas, appellee in the instant cause, by and through undersigned counsel, Edward F. Shaughnessy, and files this Appellee's Motion for Extension of Time to File Appellee's Petition for Discretionary Review. In support of the instant motion the Appellee would show unto this Court the following:

A.

The appellant was charged by way of indictment in Bee County with the offense of Possession of Marihuana ( 5 to 50 pounds) in cause number L13-0096-CR-B. The appellant was convicted by a jury and sentenced by the Court to twelve years of confinement in the Texas Department of Criminal Justice. An appeal was pursued, by the appellant to the Court of

Appeals, Thirteenth District, Corpus Christi. On July 9, 2015 that Court reversed the judgment of the trial court and rendered judgment of acquittal after finding that the evidence was legally insufficient to support the judgment of conviction. The appellee's Petition for Discretionary Review is due to be filed in this Court on or before August 10, 2015. The appellee would respectfully request a thirty-day extension of time to file the Appellee's Petition for Discretionary Review with this Court. No previous requests for an extension of time have been sought in this matter.

B.

The undersigned has recently filed briefs in the following matters: *Jordan Lewis v. The State of Texas*, Cause No. 01-14-00557-CR; and *Felix Villarreal v. The State of Texas,* Cause No. 13-15-00014-CR.

C.

The undersigned is also in the process of preparing for trial as a Prosecutor pro tem in two capital murder cases pending in the 290th District Court. Those cases are The Stat of Texas v. Conrad Ochoa, Cause no. 2013-CR-0560-B and The State of Texas v. Baron Ochoa, Cause no. 2013-CR-0560A.

D

Counsel appeared in the 290th District Court of Bexar County on July 20th, 2015 on the Capital Murder case of *The State of Texas v. James Garza*, Cause Number 2009-CR-12648A for purposes of resentencing.

E.

In addition the undersigned serves as a part-time Criminal law Magistrate for the District Courts of Bexar County and as a Juvenile Referee for the Juvenile Courts of Bexar County. Counsel will be serving in those capacities during the upcoming days.

F.

Undersigned counsel will be out of the country from July 28, 2015 through August 9, 2015.

PRAYER FOR RELIEF

Wherefore premises considered, the Appellee would request an extension of time file the Appellee's Petition for Discretionary Review in the instant case until September 9 , 2015.

Respectfully submitted,

/S/_____

Edward F. Shaughnessy, III
Attorney for the Appellee
206 East Locust Street
San Antonio, Texas 78212
SBN: 18134500
Phone: (210) 212-6700
Fax: (210) 212-2178
Shaughnessy727@gmail.com

## CERTIFICATE OF SERVICE

I, Edward F. Shaughnessy, hereby certify that a copy of the instant motion was served upon Travis Berry, attorney for the appellant, by mailing the motion to P.O. Box 6333, Corpus Christi, Texas 78466, on the _24_ day of July, 2015.

/S/_____
Edward F. Shaughnessy, III
Attorney for the Appellee